| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik (SBN 182562)<br>RHM LAW, LLP<br>17609 Ventura Blvd., Ste 314<br>Encino, CA 91316<br>Tel: (818) 285-0100<br>Fax: (818) 855-7013<br>matt@rhmfirm.com | |
| ☐ *Individual appearing without attorney*<br>☑ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Jorge Andrade<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO: 1:22-bk-11354-VK<br><br>CHAPTER __13__<br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>(with supporting declarations)<br><br>DATE:   December 14, 2022<br>TIME:   9:30 am<br>COURTROOM:   301<br>PLACE:   21041 Burbank Boulevard<br>                  Woodland Hills, CA 91367 |

**Movant:** _Jorge Andrade_____

1. NOTICE IS HEREBY GIVEN to _All Creditors_ (Secured Creditor/Lessor), trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. **Hearing Location:**

   ☐ 255 East Temple Street, Los Angeles, CA 90012      ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☑ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

3. a.  ☑  This Motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's attorney

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                              **F 4001-1.IMPOSE.STAY.MOTION**

      (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

b. ☐ This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing. Any written response or evidence must be filed and served: ☐ at the hearing ☐ at least ___ days before the hearing.

   (1) ☐ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

   (2) ☐ An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon the appropriate creditor(s) and trustee, if any.

   (3) ☐ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4. You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date:    November 23, 2022

RHM LAW, LLP.
Printed name of law firm (if applicable)

Matthew D. Resnik
Printed name of individual Movant or attorney for Movant

/s/ Matthew D. Resnik
Signature of individual Movant or attorney for Movant

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant:** _Jorge Andrade____

1. **The Property or Debt at Issue:**
   a. ☑ Movant moves for an order imposing a stay with respect to the following property (Property):
   
   ☐ Vehicle *(describe year, manufacturer, type, and model)*:
   Vehicle Identification Number:
   Location of vehicle *(if known)*:

   ☐ Equipment *(describe manufacturer, type, and characteristics)*:
   Serial number(s):

   Location *(if known)*:

   ☐ Other Personal Property *(describe type, identifying information, and location)*:

   ☑ Real Property
   Street Address: 10580 Horse Creek Ave
   Apt./Suite No.:
   City, State, Zip Code: Shadow Hills, CA 91040
   Legal description or document recording number(include county of recording):

   ☐ See attached continuation page

The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) Shellpoint Mortgage Servicing and Rancho Verdugo Estates HOA to secure the sum of approximately $ 1,288,264.00  now owed. (Secured Creditor/Lessor). Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. (*Attach additional sheets as necessary*)

b. ☐ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditors/Lessors* as described in this motion; and/or

c. ☐ Movant moves for an order **imposing a stay** as to *all creditors*.

d. ☐ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditor/Lessor*, and/or

e. ☑ Movant moves for an order **continuing the automatic stay** as to *all creditors*.

2. **Case History:**
   a. ☑ A voluntary  ☐ An involuntary petition concerning an individual[s] under chapter  ☐ 7  ☐ 11  ☐ 12  ☑ 13 was filed concerning the present case on *(specify date)*: 11/18/2022

   b. ☐ An Order of Conversion to Chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13 was entered on *(specify date)*:

   c. ☐ Plan was confirmed on *(specify date)*:

d. ☑ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

    1. Case name: Jorge Andrade
       Case number: 1:22-bk-11037-VK    Chapter: 13
       Date Filed: 9/6/2022    Date dismissed: 10/4/2022
       Relief from stay re this Property    ☐ was    ☑ was not granted
       Reason for dismissal: The Debtor was dismissed for failure to file information.

    2. Case name:
       Case number:    Chapter:
       Date Filed:    Date dismissed:
       Relief from stay re this Property    ☐ was    ☐ was not granted
       Reason for dismissal:

☐ See attached continuation page

e. ☐ As of the date of this motion the Debtor ☐ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. §521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

f. ☑ The first date set for the meeting of creditors under 11 U.S.C §341(a) is/was 1/18/2023 and the court ☐ has ☑ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2). The extended date *(if applicable)* is __.

g. ☐ In a previous case(s), as of the date of dismissal there was:
    ☐ an action by the Secured Creditor/Lessor under 11 U.S.C. §362(d) still pending or
    ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

a)
1. Property description/value: 10580 Horse Creek Ave, Shadow Hills, CA 91040    $ 1,210,000.00
2. Creditor/Lien amount: Shellpoint Mortgage Servicing    $ 1,238,264.00
3. Creditor/Lien amount: Rancho Verdugo Estates HOA    $ 50,000.00
4. Creditor/Lien amount: __    $ __
5. Creditor/Lien amount: __    $ __
6. Total Liens    $ 1,288,264.00
7. Debtor's Homestead Exemption    $ 0
8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)    $ 0

b)
1. Property description/value: __    $ __
2. Creditor/Lien amount: __    $ __
3. Creditor/Lien amount: __    $ __
4. Creditor/Lien amount: __    $ __
5. Creditor/Lien amount:    $ __
6. Total Liens    $ __
7. Debtor's Homestead Exemption    $ __
8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)    $ __

☐ See attached continuation page

4. **Grounds for Continuing the Stay:**

   a. ☑ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

      1. ☑ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

         A. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);
         B. ☑ Good faith is shown because  The Debtor filed in pro se in his previous case and he thought he would be able to complete the schedules on his own but could not and was dismissed for failure to file information.

         ☐ See attached continuation page

      2. ☑ The Property is of consequential value or benefit to the estate because:

         A. ☐ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached *(describe separately as to each property);*.

         B. ☑ The Property is necessary to a reorganization for the following reasons:  While the Debtor does not live there, he is on the property title and prays to retain his family home.

         ☐ See attached continuation page

         C. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection:) __

         ☐ See attached continuation page

      3. ☑ The presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

         A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);
         B. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;
         C. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because __

         ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 5                              **F 4001-1.IMPOSE.STAY.MOTION**

    D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

    ☐ See attached continuation page

    E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

    ☐ See attached continuation page

    F. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: __

From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

    ☐ See attached continuation page

    G. ☐ For the following additional reasons __

    ☐ See attached continuation page

4. ☑ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome in this case because  The Debtor has retained the firm of RHM LAW, LLP to help him complete his schedules and plan. He now understands the requirements for a Chapter 13 bankruptcy and will provide his attorneys with all necessary information so that he may complete his bankruptcy. The Debtor is confident he will be able to be successful in his Chapter 13 bankruptcy so that he may save his family home and receive a discharge.

    ☐ See attached continuation page

5. **Grounds for Imposing a Stay:**
    a. ☐ Pursuant to 11 U.S.C.§362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:
    1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is _____ greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

    2. ☐   The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons: __.

       ☐ See attached continuation page

    3. ☐   The Secured Creditor/Lessor's interest can be adequately protected by *(describe Movant's proposal for adequate protection)*: __

       ☐ See attached continuation page

b. ☐   The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

    1. ☐   The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

    2. ☐   Good faith is shown because __

       ☐ See attached continuation page

c. ☐   The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

    1. ☐   Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows: __

       ☐ See attached continuation page

    2. ☐   Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

    3. ☐   Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

       ☐ See attached continuation page

    4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

        ☐ See attached continuation page

    5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: __

    (from which the Court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

        ☐ See attached continuation page

    6. ☐ For the following additional reasons __

        ☐ See attached continuation page

    7. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(4)(D)(ii) is overcome in this case because __

        ☐ See attached continuation page

6. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto).*

    a. ☐ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.
    b. ☑ Other Declaration(s) are also attached in support of this Motion
    c. ☐ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit __.
    d. ☐ Other evidence *(specify)*: __

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following** *(specify forms of relief requested)*:

1. ☑ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 8      **F 4001-1.IMPOSE.STAY.MOTION**

2. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☐ That a Stay be imposed as to all creditors until further order of the court..

5. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by *(specify proposed adequate protection)* __

8. ☐ For other relief requested, see attached continuation page.

Date: November 23, 2022

Respectfully submitted,
Jorge Andrade
Movant Name
RHM LAW, LLP.
Firm Name of attorney for Movant (if applicable)

/s/ Matthew D. Resnik
Signature
Matthew D. Resnik
Printed Name of Individual Movant or Attorney for Movant

## DECLARATION OF MOVANT

I  Matthew D Resnik  , am the  Attorney  of Movant. I have read the foregoing motion consisting of  9  pages, and the attached materials incorporated therein by reference. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded. I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 23, 2022 | Matthew D. Resnik | /s/ Matthew D. Resnik |
|---|---|---|
| *Date* | *Printed name of declarant* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page  9                    **F 4001-1.IMPOSE.STAY.MOTION**

## DECLARATION OF JORGE ANDRADE

I, JORGE ANDRADE, declare as follows:

1. I am the Debtor in this Chapter 13 Bankruptcy case. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently with respect thereto. Where facts are alleged upon information and belief, I believe them to be true.

2. I am the Debtor in case number 1:22-bk-11354-VK. This Chapter 13 case was filed on November 18, 2022.

3. I filed a prior *pro se* Chapter 13 case (Case No. 1:22-bk-11037-VK) on September 6, 2022 and was dismissed on October 4, 2022.

4. My prior case was dismissed because I filed the case in *pro per* and I was unable to prepare and file the remaining Schedules, Statements and otherwise comply with the Chapter 13 rules and requirements within the period required. They were much more complicated than I expected.

5. I have now hired the law firm of RHM LAW, LLP and they have explained to me the full requirements of a Chapter 13 bankruptcy.

6. I initially filed an emergency petition to stop the sale on my home but I have met with my attorneys and the remaining documents will be filed prior to the deadline to complete the document submission.

7. I fully understand my duties and obligations as a Chapter 13 debtor and will comply with the Chapter 13 rules and requirements. I seek to confirm a Plan which will cure the arrears on my home and allow me to save my house.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 22, 2022, at Encino, California.

Jorge Andrade