1  Tyson M. Takeuchi, Esq (SBN 177419)
   **Law Offices of Tyson Takeuchi**
2  1055 Wilshire Blvd., Ste. 850, Los Angeles, CA 90017
   Tel: (213) 637-1566
3  Fax: (888) 977-6310
   Email: tyson@tysonfirm.com
4

5
                    UNITED STATES BANKRUPTCY COURT
6
                    CENTRAL DISTRICT OF CALIFORNIA-
7
                    SAN FERNANDO VALLEY DIVISION
8

9  IN RE:                                | CASE NO: 1:22-bk-11354-VK

10                                        | CHAPTER 13

11 Jorge Andrade,                         | **NOTICE OF CREDITOR RANCHO
                                          | VERDUGO ESTATES HOA'S
12                                        | WITHDRAWAL OF OPPOSITION TO
                                          | DEBTOR JORGE ANDRADE'S MOTION
13              DEBTOR(S).                | TO IMPOSE A STAY OR CONTINUING
                                          | THE AUTOMATIC STAY AS THE COURT
14                                        | DEEMS APPROPRIATE**

15                                        | DATE: December 14, 2022
                                          | TIME:  9:30 a.m.
16                                        | CTRM: 301, 3rd Floor
                                          |       U.S. Bankruptcy Court
17                                        |       21041 Burbank Blvd.
                                          |       Woodland Hills, CA 91367
18

19 **TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY**

20 **JUDGE, CHAPTER 13 TRUSTEE ELIZABETH F. ROJAS AND ALL PARTIES IN**

21 **INTEREST:**

22        Creditor Rancho Verdugo Estates, HOA ("HOA"), hereby withdraws its opposition filed on

23 December 6, 2022 (document number 24 in the bankruptcy courts PACER system) and amended

24 Opposition filed on December 7, 2022 (document number 25 in the bankruptcy courts PACER

25 system).

26 ////

27 ////

28 ////

1 | DATED: 12/9/22              LAW OFFICES OF TYSON TAKEUCHI

2

3                               _____
                                Tyson M. Takeuchi,
4                               Attorney for: Rancho Verdugo Estates HOA

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| In re: Jorge Andrade | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:22-bk-11354-VK |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 Wilshire Blvd., Ste. 850, Los Angeles, CA 90017.

A true and correct copy of the foregoing document described as <u>Withdrawal of Opposition to Debtor's Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>12/9/22</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Elizabeth F. Rojas (TR-SV): cacb_cacb_ecf@ch13wla.com
United States Trustee (SV): ustpregion16.wh.ecf@usdoj.gov
Debtor's Counsel: matt@rhmfirm.com
Secured Creditor/HOA: tyson@tysonfirm.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>12/9/22</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Debtor: Jorge Andrade, 8828 Burnet Ave., Unit 1, North Hills, CA 91343

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>12/9/22</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Judges Copy: Honorable Victoria S. Kaufman, 21041 Burbank Blvd., Ste. 354, Woodland Hills, CA 91367.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/9/22 | Armen Galstian | /s/ Armen Galstian |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1